

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marvin Frank Hall, Appellant

No. 06-15-00020-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F8796). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Marvin Frank Hall, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 1, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk